UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-20086-RKA

DOUG LONGHINI,

       Plaintiff,

v.

MACABA CORP., and LA
MINUTERA FISH & CHIPS,
CORP., D/B/A LA MINUTERA
SEAFOOD RESTAURANT,

       Defendants.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

      Plaintiff, DOUG LONGHINI, hereby advise the Court that he has reached an agreement in principle to settle the instant case with Defendants, MACABA CORP. and LA MINUTERA FISH & CHIPS, CORP., D/B/A LA MINUTERA SEAFOOD RESTAURANT, via the principal for the Defendant. The Plaintiff will file a Voluntary Dismissal with Prejudice dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than thirty (30) days from the date of this Notice. Accordingly, the Plaintiff, respectfully requests that the Court vacate all currently set dates and deadlines on this case.

Respectfully submitted this January 31, 2024

  /s/ *Anthony J. Perez*
  ANTHONY J. PEREZ
  Florida Bar No.: 535451

**GARCIA-MENOCAL & PEREZ, P.L.**
350 Sevilla Avenue, Suite 200
Coral Gables, FL 33134
Telephone: (305) 553- 3464
Primary Email:  ajperez@lawgmp.com;
Secondary   E-Mail:   bvirues@lawgmp.com;
jreyes@lawgmp.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this January 31, 2024.

        Respectfully submitted,

        **GARCIA-MENOCAL & PEREZ, P.L.**
        *Attorneys for Plaintiff*
        350 Sevilla Avenue, Suite 200
        Coral Gables, FL 33134
        Telephone: (305) 553-3464
        Primary E-Mail: ajperez@lawgmp.com
        Secondary E-Mail: bvirues@lawgmp.com;
        jreyes@lawgmp.com

        By:  */s/ Anthony J. Perez*
            ANTHONY J. PEREZ
            Florida Bar No.: 535451